UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )   BK No.: 23-03605
Luis M. Hernandez Silva  )
Maria T. Hernandez,  )   Chapter: 13
  )   Honorable Janet S. Baer
  )
  )
Debtor(s)  )

## ORDER DENYING CHAPTER 13 FEE APPLICATION

The fee application filed in the above-captioned case by the Debtor's attorney at Docket No. 17 is hereby denied without prejudice for the following reason(s):

☐ Paragraph 6 of Form 2030 Disclosure of Compensation filed by the attorney carves out certain duties that are required under the Court-Approved Retention Agreement.

X There are discrepancies in the dollar figures in the documents (the proposed order does not reflect the Debtors' advanced payment, resulting in the Debtors owing more than the amount reflected on the Court-Approved Retention Agreement).

☐ Actual signatures are missing on the Court-Approved Retention Agreement.

☐ The attorney failed to use the correct version of the Court-Approved Retention Agreement (for cases filed after March 15, 2021).

☐ Paragraph 2.D of the Court-Approved Retention Agreement prohibits the attached agreement altering the priority of attorney's fees.

☐ Form 2030 Disclosure of Compensation is not attached to the fee application as required. (See Judge Baer's website for more information.)

☐ The signatures for the Debtor and the attorney on the Court-Approved Retention Agreement must appear on the same page as the dollar figures, not on a separate page.

☐ Other:

The Debtor's attorney may refile the fee application in the above-captioned case only if the attorney files amended documents correcting the error(s) outlined above.

Enter: *Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: August 17, 2023